FILED
NOV X 8 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23CR627-RLW/RHH |
| MALIK A. JONES, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### INTRODUCTION

At all times material to this Indictment, unless otherwise specified below:

1. Defendant MALIK A. JONES was a resident of St. Louis, Missouri, within the Eastern District of Missouri.

2. First Bank, the deposits of which are insured by the Federal Deposit Insurance Corporation, and Electro Savings Credit Union and Neighbors Credit Union, the accounts of which are insured by the National Credit Union Share Insurance Fund, were financial institutions within the meaning of Title 18, United States Code, Sections 20 and 1344.

### COUNT 1 – 3
### Bank Fraud (18 U.S.C. § 1344)

3. Paragraphs 1 through 2 are realleged and incorporated by reference as if fully set forth herein.

## The Scheme

4.     Beginning no later than in or around March 2022, and continuing through at least in or around October 2023, in the Eastern District of Missouri, the defendants,

**MALIK A. JONES**,

and others known and unknown to the Grand Jury, participated in a scheme and artifice to defraud financial institutions, including First Bank, Electro Savings Credit Union, and Neighbors Credit Union, and to obtain moneys, funds, assets, and other property owned by, or under the custody and control of those financial institutions, by means of materially false and fraudulent pretenses, representations, and promises.

## Manner and Means

5.     It was part of the scheme that JONES recruited and caused to be recruited individuals ("Account Holders") to provide debit cards, Personal Identification Numbers ("PINs"), and other banking information for bank accounts belonging to the Account Holders at financial institutions, for the purpose of depositing forged and fraudulent checks into the Account Holders' bank accounts.

6.     It was further part of the scheme that JONES obtained and caused to be obtained personal and business checks that had been mailed and placed in USPS collection boxes and mailboxes in and around St. Louis, Missouri, within the Eastern District of Missouri.

7.     It was further part of the scheme that JONES altered and caused to be altered checks obtained from the U.S. mail, by changing the amount payable and by making the checks payable to Account Holders, all without the knowledge and authorization of the victims on whose bank accounts the checks were drawn.

8.     It was further part of the scheme that JONES forged and caused to be forged the

signature of the payors on the altered checks.

9. It was further part of the scheme that JONES obtained and caused to be obtained counterfeit checks that were drawn on bank accounts from checks obtained from the U.S. mail and that were made payable to Account Holders, all without the knowledge and authorization of the victims on whose bank accounts the checks were drawn.

10. It was further part of the scheme that JONES deposited and caused to be deposited what JONES knew to be forged and fraudulent checks into Account Holders' bank accounts, for the purpose of fraudulently inflating the balances in those accounts.

11. It was further part of the scheme that JONES, through the deposit of the forged and fraudulent checks, caused the banks to "float" funds from the checks—that is, the banks made available a portion or the full amount of the checks before they had been cleared by the victims' financial institutions.

12. It was further part of the scheme that, before the banks discovered the deposited checks were fraudulent, JONES obtained and caused to be obtained funds from the Account Holders' bank accounts through various means, including through cash withdrawals at ATMs and electronic transfers.

13. It was further part of the scheme that JONES provided and caused to be provided a portion of the funds obtained from the Account Holders' bank accounts to other participants in the scheme in exchange for recruiting Account Holders, depositing fraudulent checks into the Account Holders' bank accounts, and withdrawing funds from the Account Holders' bank accounts.

**Executions of the Scheme**

14. On or about the dates set forth below, in the Eastern District of Missouri, the defendant,

MALIK A. JONES,

executed and attempted to execute the scheme and artifice described above, to defraud a financial institution, as defined in Title 18, United States Code, Section 20, and to obtain moneys, funds, assets, and other property owned by, and under the custody and control of a financial institution, by means of material false and fraudulent pretenses, representations, and promises, in that JONES deposited and caused to be deposited a forged and fraudulent check into the bank account of an Account Holder, described below for each count, for the purpose of defrauding and obtaining money, funds, assets, and other property owned by and under the custody and control of the financial institution described below for each count, each check deposit constituting a separate count:

| Count | Approx. Date | Summary |
| --- | --- | --- |
| 1 | April 12, 2023 | A forged and fraudulent check, drawn on First Bank account #xxxxxx9997 in the name of Victims M.B. and S.B. and payable to Individual C.W. in the amount of approximately $4,236.60, deposited into Neighbors Credit Union account #xxx9548 in the name of Individual C.W., at the Neighbors Credit Union branch in Jennings, Missouri. |
| 2 | April 28, 2023 | A forged and fraudulent check, drawn on First Bank account #xxxxx8081 in the name of Business Victim Q.P. and payable to Individual M.C. in the amount of approximately $6,475.00, deposited into Electro Savings Credit Union account #xxxxxx9833 in the name of Individual M.C., at Electro Savings Credit Union branch in Maryland Heights, Missouri. |
| 3 | May 9, 2023 | A forged and fraudulent check, drawn on account First Bank #xxxxx8081 in the name of Business Victim Q.P. and payable to Individual M.C. in the amount of approximately $9,454.00, deposited into Electro Savings Credit Union account #xxxxxx9833 in the name of Individual M.C., at Electro Savings Credit Union branch in Maryland Heights, Missouri. |

In violation of Title 18, United States Code, Section 1344.

## COUNT 4
### Possession of Stolen Mail Matter (18 U.S.C. § 1708)

15. Paragraphs 1 through 2 are realleged and incorporated by reference as if fully set forth herein.

16. On or about the dates set forth below, in the Eastern District of Missouri, the defendant,

**MALIK A. JONES,**

did unlawfully have in his possession an article of mail, namely a check, described below for each count, which article of mail had been stolen, taken, embezzled, and abstracted from an authorized depository for mail matter, knowing said article of mail to have been stolen, each stolen check constituting a separate count:

| Count | Approx. Date | Summary |
|---|---|---|
| 4 | April 12, 2023 | A stolen check, drawn on First Bank account #xxxxxx9997 in the name of Victims M.B. and S.B. and that had been forged to be made payable to Individual C.W. in the amount of approximately $4,236.60. |

In violation of Title 18, United States Code, Section 1708.

## COUNTS 5 – 6
### Aggravated Identity Theft (18 U.S.C. § 1028A)

17. Paragraphs 1 through 2 are realleged and incorporated by reference as if fully set forth herein.

18. On or about the dates set forth below, in the Eastern District of Missouri, the defendant,

**MALIK A. JONES,**

did knowingly possess and use, without lawful authority, a means of identification of another person, described below for each count, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), namely, bank fraud, in violation of Title 18, United States Code, Section 1344, knowing that the means of identification belonged to another actual person, each means of identification constituting a separate count:

| Count | Approx. Date | Summary |
| --- | --- | --- |
| 5 | April 12, 2023 | The routing and account number for First Bank account #xxxxxx9997 in the name of Victims M.B. and S.B., located on a stolen and forged check that JONES deposited and caused to be deposited into the into Neighbors Credit Union of Individual C.W. |
| 6 | April 28, 2023 | The name of Individual S.K., located on a stolen and forged check that JONES deposited and caused to be deposited into the Electro Savings Credit Union account of Individual M.C. |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## **FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1.  Pursuant to Title 18, United States Code, Section 982(a)(2), upon conviction of an offense in violation of Title 18, United States Code, Section 1344, as set forth in Counts 1 – 3, the Defendant(s) shall forfeit to the United States of America any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s). Subject to forfeiture is a sum of money equal to the total value of property obtained directly or indirectly as a result of such violation.

2.  Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United

States Code, Section 2461, upon conviction of an offense in violation of Title 18, United States Code, Section 1708, as set forth in Counts 4, the Defendant(s) shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violation. Subject to forfeiture is a sum of money equal to the total value of property, real or personal, constituting or derived from any proceeds traceable to such violation.

3. If any of the property described above, as a result of any act or omission of the Defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
JONATHAN A. CLOW #68003MO
Assistant United States Attorney