# VICTIM IMPACT STATEMENT

Victim: B████ T████
USAO Number: 2023R00897
Court Docket Number: 23-CR-00627

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

When you broke into the mailbox at the United States Post Office and stole envelopes, some envelopes containing checks, I felt violated by your actions. You also have ruined the creditability of the United States Post Office to deliver mail.

Since the check you stole from my envelope was addressed to the U.S. Treasury for our taxes, we had to pay them a second time from our savings. I feel outraged that a person feels they can steal from another and not suffer the consequences.

My check contained my address and social security information. I no longer feel safe in my own home and I question if my social number is secure.