March 19, 2024

Saylor Fleming, U.S. Attorney and Danielle Berkley, Victim Witness Specialist
U.S. Department of Justice, Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 20.333
St. Louis, MO 63102

    Re: VICTIM IMPACT STATEMENT
        U.S. v Defendant V. Kelley, Case No. 2022R01249 and Court Docket 23-CR-00361
        U.S. v Defendant M. Jones, Case No. 2023R00897 and Court Docket 23-CR-00627
        U.S. v Defendant G. Sciarrone, Case No. 2022R01249 and Court Docket 23-CR-00361

Dear U.S. Attorney Sayler Fleming, and Victim Witness Specialist Danielle Berkley,

    This letter addresses the damages and expenses caused by the theft of our checks from the U.S. Post Office (Aug. 2022), ID fraud, and theft of money from our bank account (Sept. 2022).

    ID FRAUD AND THEFT: The thieves stole our checks totaling over $4500 that we mailed at the Chesterfield, Missouri post office, stole S____'s social security number, created fraudulent ID, and stole $4500 from our First Bank account. The thefts were very orchestrated. The thieves knew how much money was available to steal from our bank because they were in possession of our stolen uncashed checks. Additional attempted theft occurred Apr. 13, 2023 when one of our same stolen checks was altered and presented for payment at Neighbors Credit Union / formerly St. Louis Postal Credit Union. (We weren't the thieves' only victims. Another known victim mailed checks at the same P.O. the same day, and the manner of theft from his bank accounts was the same. The male thief was matched on bank surveillance images according to First Bank.)

    IMPACT AND DAMAGES: Theft of our checks and money caused our payments to be late. We had to spend many days in person and on the phone to change our accounts to prevent more theft, and to recoup our stolen money – with bank personnel and security, the post office, police investigators, the Social Security office, and with other service providers. Our time spent to straighten out the mess was stolen from our work and when we needed to be with our sick family member. The crimes also left us in great constant fear of further theft and other types of crimes against us by the thieves. The crimes cost time and expense to police, bank, investigators, U.S. Postal Service, and the Department of Justice. The waste includes taxpayers' money. This case and others like it have almost destroyed many people's faith in the U.S. postal system.

    Please consider the planning, theft, fraudulent ID usage, distribution of stolen checks, theft from our bank account, and the additional losses to us and others. Please help restore law and safety.

Thank you,



S____ and M____ B____, Victim ID 7032158

March 19, 2024

Saylor Fleming, U.S. Attorney and Danielle Berkley, Victim Witness Specialist
U.S. Department of Justice, Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 20.333
St. Louis, MO 63102

    Re: **VICTIM IMPACT STATEMENT**
        U.S. v Defendant V. Kelley, Case No. 2022R01249 and Court Docket 23-CR-00361
        U.S. v Defendant M. Jones, Case No. 2023R00897 and Court Docket 23-CR-00627
        U.S. v Defendant G. Sciarrone, Case No. 2022R01249 and Court Docket 23-CR-00361

Dear U.S. Attorney Sayler Fleming, and Victim Witness Specialist Danielle Berkley,

    This letter addresses the damages and expenses caused by the theft of our checks from the U.S. Post Office (Aug. 2022), ID fraud, and theft of money from our bank account (Sept. 2022).

    **ID FRAUD AND THEFT:** The thieves stole our checks totaling over $4500 that we mailed at the Chesterfield, Missouri post office, stole S▇▇▇'s social security number, created fraudulent ID, and stole $4500 from our First Bank account. The thefts were very orchestrated. The thieves knew how much money was available to steal from our bank because they were in possession of our stolen uncashed checks. Additional attempted theft occurred Apr. 13, 2023 when one of our same stolen checks was altered and presented for payment at Neighbors Credit Union / formerly St. Louis Postal Credit Union. (We weren't the thieves' only victims. Another known victim mailed checks at the same P.O. the same day, and the manner of theft from his bank accounts was the same. The male thief was matched on bank surveillance images according to First Bank.)

    **IMPACT AND DAMAGES:** Theft of our checks and money caused our payments to be late. We had to spend many days in person and on the phone to change our accounts to prevent more theft, and to recoup our stolen money – with bank personnel and security, the post office, police investigators, the Social Security office, and with other service providers. Our time spent to straighten out the mess was stolen from our work and when we needed to be with our sick family member. The crimes also left us in great constant fear of further theft and other types of crimes against us by the thieves. The crimes cost time and expense to police, bank, investigators, U.S. Postal Service, and the Department of Justice. The waste includes taxpayers' money. This case and others like it have almost destroyed many people's faith in the U.S. postal system.

    Please consider the planning, theft, fraudulent ID usage, distribution of stolen checks, theft from our bank account, and the additional losses to us and others. Please help restore law and safety.

Thank you,

S▇▇ and M▇ B▇. Victim ID 7032158