# VICTIM IMPACT STATEMENT

MO1-800-06-13
NOV 04 2024

Victim: Fraud Department Security Recovery Support
Bank of America
USAO Number: 2023R00897
Court Docket Number: 23-CR-00627

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

Bank of America sustained a total loss of $15,827.32

The impacted accounts and losses are as follows:

Account ending 2227 for $1,484.00

Account ending 0700 for $6,490.00

Account ending 0938 for $7,853.32

MO1-800-06-13
NOV 04 2024

information is generally not public information; however, under criminal law and procedures, all information contained in your questionnaire will be disclosed to the defendant and his attorney.

The sentencing hearing for defendant(s), MALIK JONES, has been set for January 30, 2025, 02:00 PM at Courtroom 14S - St. Louis, Thomas F. Eagleton Courthouse, 111 S. 10th St., St. Louis MO 63102 before Judge Catherine Perry. You are welcome to attend this proceeding; however, unless you have received a subpoena, your attendance is not required by the Court. If you plan on attending, you may want to verify the date and time by using the VNS Call Center or website. If you are a victim of the charged offense(s) and wish to speak at sentencing, please call our office well in advance of the scheduled hearing date.

A United States Probation Officer prepares a report for the Court and may contact you to discuss the impact the crime had on you financially, physically, and/or emotionally. If you are contacted, please make every effort to provide accurate and detailed information.

Because of the Court's schedule, hearing dates could change on very short notice. If you plan on attending, you may want to call the VNS Call Center or check the website to confirm the date and time. Please note, there is a 24-hour delay in information transfer to the website.

Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

For many VNS registrants email will provide the most timely notification. VNS does not currently have an email address for you. You can provide VNS an email address by accessing the VNS Internet Web page using the login information provided below. By entering your email as part of the VNS registration process future notifications will be delivered by email, except in rare circumstances when you might also receive a letter from VNS. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) '7528591' and Personal Identification Number (PIN) '3320' anytime you contact the Call Center and the first time you log into VNS on the website. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS website, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Bank of America.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

SAYLER FLEMING
United States Attorney

*[signature]*

DANIELLE BERKLEY
Victim Witness Specialist



October 28, 2024

U.S. Department of Justice
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
Room 20.333
St. Louis, MO 63102
Phone: (314) 539-6844
Fax: (314) 539-2309

MO1-800-06-13
NOV 04 2024

Bank of America
Fraud Department, Security Recovery Support
800 Market St.
St. Louis, MO 63102

Re: United States v. Defendant(s) MALIK JONES
Case Number 2023R00897 and Court Docket Number 23-CR-00627

Dear Fraud Department, Security Recovery Support:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. I am contacting you because you were identified by law enforcement as a victim or potential victim during the investigation of the above criminal case.

On October 25, 2024, defendant MALIK JONES pled guilty to the charges listed below. Any remaining counts will be disposed of at the time of sentencing. As a result of the guilty plea, there will be no trial involving this defendant.

| Number of Charges | Description of Charge(s) | Disposition |
|---|---|---|
| 1 | Fraud and related activity - id documents | Dismissed without Prejudice |
| 1 | Fraud and related activity - id documents | Guilty |
| 1 | Theft or receipt of stolen mail matter generally | Dismissed without Prejudice |
| 2 | Bank or financial institution fraud | Dismissed without Prejudice |
| 1 | Bank or financial institution fraud | Guilty |

It is helpful for the Court to know the impact of this crime on its victims. In an effort to provide this information to the Court, we are enclosing a Victim Impact Statement. If you choose to complete a statement, please forward it to:

United States Attorneys Office
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
Room 20.333
St. Louis, MO 63102

This is one way the Court can hear your concerns as they relate to the crime. A United States Probation Officer may also contact you in an effort to obtain additional victim impact information. Victim impact