## VICTIM IMPACT STATEMENT

Victim: M█████ (B██, H████
USAO Number: 2023R00897
Court Docket Number: 23-CR-00627

I had checks for my US and Missouri 1040ES stolen from the USPS mailbox in Chesterfield, MO. I came close to being delinquent on these payments since I had no idea they were not received by the governments in question until I realized something must have gone wrong since the checks had not cleared. I issued new checks at that point.

Because these checks also contained the Social Security numbers of my wife and me, I remain concerned about identity theft not knowing where that information was shared by the perpetrators. This has caused me to lock down all my credit reports and look at each and every transaction that occurs on all accounts, credit card and bank. This is stressful.

The theft came to light when someone presented a forged business check for $5,001. While I was lucky that I caught this fraud/forgery when the check entered my bank account, that began a whole process I had to go through to get things cleared up.

I had to cancel my existing checking account, stop payment and reissue checks still in the system but uncashed, change payment methods to the new checking account for utilities and other vendors who direct debit what I owe from my account. This delay caused notices from utilities that my account was overdue until the new account was registered on their sites.

While I have not suffered, so far, any financial loss, this whole theft and aftermath have given my wife and me emotional harm and stress that continues since we have no idea if, as, and when our compromised data will cause issues.

