UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-CR-627-CDP |
| | ) |
| MALIK A. JONES, | ) |
| | ) |
| Defendant. | ) |

**AMENDED SENTENCING MEMORANDUM OF THE UNITED STATES**

The United States of America, by and through Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Jonathan A. Clow, Assistant United States Attorneys for said District, respectfully submits its Amended Sentencing Memorandum addressing the relevant sentencing factors.

**I.      Relevant Law**

In imposing a sentence, this Court must consider the relevant factors enumerated in 18 U.S.C. § 3553(a) and "make an individualized assessment based on the facts presented." *Gall v. United States*, 552 U.S. 38, 50 (2007). Section 3553(a) instructs that this Court must:

> impose a sentence sufficient, but not greater than necessary, to accomplish the goals of sentencing, including to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant.

*Kimbrough v. United States*, 552 U.S. 85, 101 (2007) (cleaned up). Under the statute, this Court should also consider "'the nature and circumstance of the offense,' 'the history and characteristics of the defendant,' 'the sentencing range established by the Guidelines,' 'any pertinent policy statement' issued by the Sentencing Commission pursuant to its statutory authority, and 'the need

1

to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct.'" *Id.* (quoting 18 U.S.C. § 3553(a)).

## II. Sentencing Guidelines

The United States agrees with the Guidelines calculation for Defendant set forth in the Presentence Investigation Report (Doc. 53) ("PSR"). Specifically, on Count 1, Defendant has a total offense level of 24 and a criminal history category of I, resulting in a Guidelines range of 51 to 63 months. On Count 5, the Guidelines sentence is a mandatory 24 months consecutive to any other count, making the effective total Guidelines range 75 to 87 months. *See* PSR, paras. 31–53, 76–77.

## III. Any sentence must account for the serious nature and circumstances of Defendant's offense.

The nature and circumstances of Defendant's crime are unquestionably serious and warrant a significant sentence. For approximately a year and a half, Defendant orchestrated a check fraud scheme using checks stolen from the U.S. mail. Defendant was involved at every step in the scheme. Defendant paid others to steal checks from the mail—specifically, Defendant paid co-conspirators to use a stolen USPS key to steal mail from USPS collection boxes in the St. Louis area and paid a USPS employee for stolen mail containing checks. Defendant then recruited account holders to let their bank accounts be used for the deposit of stolen checks and paid others to recruit account holders for him. Defendant washed and altered stolen checks and/or made counterfeit versions of those checks payable to the recruited account holders. Finally, Defendant deposited the stolen checks himself and withdrew the check funds as fraud proceeds or directed other co-conspirators to do so. The scope of Defendant's fraud was extensive. Defendant involved countless individuals in his scheme, and investigators identified dozens of altered and counterfeit checks, worth over $1 million, connected to Defendant's scheme.

While Defendant's check fraud is serious in and of itself, his crime is particularly serious because Defendant stole U.S. mail from USPS collection boxes in order to perpetrate his long-running scheme.  Defendant's offense came at a time when mail theft was a well-publicized problem, both locally[1] and nationally.[2]  Defendant's actions, and those of criminals involved in similar schemes, had and continue to have real consequences for the community.  More than just financial harm, mail theft undermines the public's sense of security and confidence in a vital government service.  Defendant's actions have greatly contributed to this problem, as Defendant's role and the scope of his fraud scheme and mail theft distinguish him from other defendants prosecuted for similar schemes.  As such, any sentence needs to account for that fact, promote respect for the law, and deter others from engaging in similar conduct in the future.

---

[1] *See, e.g.* Allie Corey, *USPS, Brentwood police investigate stolen mail from postal drop box*, KSDK.com, March 18, 2022, https://www.ksdk.com/article/news/local/usps-brentwood-police-stolen-mail/63-c18ef3e6-83b6-4cc1-a261-c65601cfacfe; Jaime Mowers, *Blue Boxes Targeted As Mail Theft On The Rise*, Webster-Kirkwood Times, May 16, 2022, https://www.timesnewspapers.com/webster-kirkwoodtimes/blue-boxes-targeted-as-mail-theft-on-the-rise/article_c746d75e-d1fb-11ec-b145-33bc31b6b2b8.html;   Taylor Tiamoyo Harris, *Chesterfield woman defrauded of nearly $10K after mail theft and check forgery*, STLToday.com, Aug. 19, 2022, https://www.stltoday.com/business/local/chesterfield-woman-defrauded-of-nearly-10k-after-mail-theft-and-check-forgery/article_602aa1f8-060c-5931-ac88-a53a5b15972e.html; Gregg Palermo, *Chesterfield Police: avoid post office dropboxes amid mail theft spree*, Spectrum News, Aug. 31, 2022, https://spectrumlocalnews.com/mo/st-louis/news/2022/08/31/chesterfield-police--avoid-post-office-dropboxes; Diamond Palmer, *Some south St. Louisians think twice about putting mail in blue collection box*, KSDK.com, Dec. 21, 2023, https://www.ksdk.com/article/news/local/some-south-st-louis-residents-say-theyll-think-twice-about-putting-mail-in-their-blue-collection-box-after-it-was-left-wide-open-this-week/63-54249f26-91da-4d41-8775-f6c1edbc86c5.

[2] *See, e.g*, Jacob Bogage, *Mail theft is rising.  Here's how to safeguard your envelopes.*, Washington Post, July 5, 2023, https://www.washingtonpost.com/business/2023/07/05/mail-theft-postal-service/; David Sharp, *"Outraged" letter carriers demand action to stop robberies*, Associated Press, May 8, 2023, https://apnews.com/article/usps-postal-carrier-robberies-d53f77fbd357ba3c87d9c43bcaf9da33; Aimee Picchi, *Avoid mailing your checks, experts warn. Here's what's going on with the USPS.*, CBSNews.com, June 22, 2023, https://www.cbsnews.com/news/us-postal-service-warning-checks-mail-fraud-theft/.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Jonathan A. Clow*
JONATHAN A. CLOW, #68003MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

 */s/ Jonathan A. Clow*
JONATHAN A. CLOW, #68003MO